# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4478

_____

LARRY C. COBB,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 3, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits. *See* § 948.06(1)(f), Fla. Stat. (2014); *Blackshear v. State*, 838 So. 2d 1228, 1230 (Fla. 2003) (failing drug test constitutes a violation of law); *Alston v. State*, 646 So. 2d 184, 185 (Fla. 1994) (same).

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Petitioner.

Ashley B. Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Respondent.